# EXHIBIT B





