# EXHIBIT C



**EPSTEIN DRANGEL LLP**
60 East 42nd Street, Suite 1250, New York, NY 10165
**T:** 212.292.5390 • **E:** mail@ipcounselors.com
**www.ipcounselors.com**

October 2, 2024

**VIA EMAIL AND CERTIFIED MAIL**
Downshift Motoring
19223 Colima Rd
# 927
Rowland Heights, California 91748-3005

Ego Speed Inc.
Yawhong Tsai
19223 Colima Rd
# 927
Rowland Heights, California 91748-3005
downshiftmoto0711@gmail.com

Ego Speed Inc.
19913 Harrison Ave.
Walnut, California 91789

Ego Speed Inc.
19917 Harrison Ave.
City of Industry, California 91789

**Re:      Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property**

Dear Owner(s), Operator(s) and/or Executive(s) of Downshift Motoring:

We represent Audi in its intellectual property matters. Audi is one of the world's leading automobile companies, with roots dating back to the early 1900s. Audi designs, engineers, manufacturers, markets, and sells millions of vehicles in nearly every country across the globe, as well as vehicle parts and accessories, and other related goods, including but not limited to, license plate frames, plaques for affixing to automobiles, key rings, and key chains (collectively, the "Audi Products") under the AUDI house mark. Audi's famous AUDI brand is considered one of the most valuable brands in the world and is consistently listed in Interbrand's annual survey of the "Best Global Brands."[1]

In addition to the AUDI house mark, Audi uses an extensive portfolio of marks in connection with the Audi Products. These marks include, but are not limited to, A3, A4, A5, A6, A7, A8, E-TRON,

---

[1] *See e.g.,* https://interbrand.com/best-global-brands/.

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
October 2, 2024
Page 2 of 5

Q3, Q4, Q5, Q6, Q7, Q8, Q8S, QUATTRO, R8, RS, RS3, RS4, RS5, RS6, RS7, RS Q8, RSQ6, S LINE, S3, S4, S5, S6, S7, S8, SQ5, SQ7, SQ8, TFSI, TT, TTS, TTRS, and the Audi Four Ring Logo:



(together with the AUDI house mark, collectively, the "Audi Marks"). Audi is the sole and exclusive owner of all right, title, and interest in and to any and all unregistered and registered intellectual property rights in its AUDI brand and Audi Products, including any and all trademarks, trade dress, copyrights, design patents, and any other proprietary rights that may exist worldwide, covering or related to the Audi Products, including the Audi Marks (collectively, the "Audi IP").

As non-limiting examples, Audi owns the following incontestable U.S. Trademark Registration Nos.: 4995364 for **AUDI** for goods in Classes 9, 12, 14, 16, 27, 28, and 37; 3098878 for **A3** for goods in Classes 12 and 28; 1990408 for **A4** for goods in Class 12; 3068391 for **A5** for goods in Class 12; 1957319 for **A6** for goods in Class 12; 3355302 for **A7** for goods in Class 12; 2067529 for **A8** for goods in Class 12; 4078535 for **E-TRON** for goods in Classes 12 and 28; 3524464 for **Q3** for goods in Class 12; 3112195 for **Q5** for goods in Class 12; 3123813 for **Q7** for goods in Class 12; 1283271 for **QUATTRO** and 3241273 for **QUATTRO** for goods in Class 12; 3076893 for **R8** for goods in Class 12; 3966469 for **RS3** for goods in Class 12; 2889135 or **RS4** for goods in Classes 12 and 18; 4440628 for **RS7** and 5367990 for **RS7** (stylized) for goods in Class 12; 4405143 for **S** (stylized) for goods in Class 12; 2875529 for **S LINE** for goods in Class 12; 3835128 for **S3** for goods in Class 12; 2499526 for **S4** for goods in Class 12; 3324676 for **S5** for goods in Class 12; 1917829 for **S6** for goods in Class 12; 3421582 for **S7** for goods in Class 12; 2534302 for **S8** for goods in Class 12; 3970590 for **SQ5** for goods in Class 12; 3521639 for **TFSI** and 3329624 for **TFSI** for goods in Class 12; 2519018 for **TT** for goods in Class 12; 4109426 for **TT RS** for goods in Class 12; 3496779 for **TTS** for goods in Class 12; 3201037 for  the Audi Four Ring Logo for goods in Class 12; 3007305 for the Audi Four Ring Logo for goods in Classes 3, 6, 9, 12, 14, 16, 18, 21, 24, 25, and 28; as well as 2083439 for the Audi Four Ring Logo positioned above **AUDI** as shown below for goods and services in Classes 12 and 42:



As  further  non-exhaustive  examples,  Audi  also  owns  U.S.  Trademark  Registration  Nos.: 6138588 for **E-TRON** for goods in Classes 3, 6, 11, 14, 17, and 24; 5457305 for **RS** (stylized) for goods in Classes 6 and 12; 5718753 for **RS5** (stylized) for goods in Class 12; 5479356 for **RS Q8** for goods in Classes 9, 12, and 28; 6104299 for **RS6** for goods in Class 12; 6976392 for **RSQ6** for goods in Class 12; 5837139 for **S LINE** for goods in Classes 9 and 20 including emblems; 5640084 for **SQ7** for goods in

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
October 2, 2024
Page 3 of 5

Classes 12 and 28; 5441847 for **SQ8** for goods in Classes 9, 12, 25, and 28. No one other than Audi is authorized to use the Audi IP without the express written permission of Audi.

You are receiving this notice because it has recently come to our attention that you and/or your business(es), Downshift Motoring, downshift_motoring (e-Bay),[2] and Ego Speed Inc. (collectively, "Downshift Motoring") have been manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, soliciting sales of, selling and/or otherwise making available products that infringe the Audi IP, including numerous of the Audi Marks ("Infringing Products") via eBay (the "Downshift Motoring Store"). Downshift Motoring's actions are particularly damaging to Audi given that Downshift Motoring prominently features the Audi IP in connection with the Infringing Products on the Downshift Motoring Store. Specifically, Downshift Motoring's extensive use of the Audi IP is immediately apparent on the Downshift Motoring Store landing page on eBay, which prominently features numerous Audi Marks:



3

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
October 2, 2024
Page 4 of 5

Exemplary screenshots of Downshift Motoring Store's Infringing Products are enclosed herewith as **Exhibit A**.

     Downshift Motoring's actions reflect a deliberate disregard of Audi's intellectual property rights. Downshift Motoring's unauthorized use of the Audi IP is not only intended to (and actually does) confuse, deceive and/or misdirect consumers as to the source or origin of its Infringing Products, but also leads to the belief that the Infringing Products are connected, affiliated with, approved or otherwise sponsored by Audi, when, in fact, they are not.

     Downshift Motoring's deception is further exacerbated by the extensive use of the downshift_motoring eBay seller name in direct proximity to the Audi IP within Downshift Motoring's as shown in the non-limiting example below:



Likewise, Downshift Motoring's use of alleged manufacturer approval language such as "Backed with Manufacture's [sic] Best Quality – Buy with Confidence"[5] **falsely** suggests that Downshift Motoring is an authorized seller of genuine Audi Products. *See* **Exhibit A**. Downshift Motoring's knowledge of its lack of authorization to use the Audi IP, and Downshift Motoring's resulting willfulness is further evidenced by Downshift Motoring's notation on one listing that "all brand names and trademarks are the

---

[4] *See,* https://www.ebay.com/itm/153921601308.

[5] *See*, *id.*

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
October 2, 2024
Page 5 of 5

property of their respective owners and are used for descriptive purposes only."[6] To be clear, Downshift Motoring's extensive and flagrant unauthorized use of the Audi IP is neither descriptive nor excused by such notation.

Moreover, since the marks used on or in connection with the Infringing Products are virtually identical, or at the very least, confusingly similar, to *numerous* of the Audi Marks, there is no question that Downshift Motoring is intentionally trading off of the substantial goodwill associated with Audi and its Audi IP. For example, as shown in **Exhibit A**, Downshift Motoring's Infringing Products prominently feature marks which are virtually identical to, or at the very least, confusingly similar to *multiple* of the Audi Marks.

Be advised that Downshift Motoring's use of the Audi Marks constitutes one or more of the following: trademark infringement, trademark dilution, and/or unfair competition, which, if pursued in court in the U.S., would entitle Audi to seek, among other things, statutory damages (up to $2,000,000 per counterfeit mark), and attorneys' fees.

In light of the foregoing, we demand that Downshift Motoring **immediately cease and desist** any and all production, importation, exportation, advertising, marketing, promotion, distribution, display, solicitation of sales and/or sales of the Infringing Products and remove any and all references to Audi and the Audi Marks from eBay, the Downshift Motoring Store, and any other online or physical locations where the Infringing Products are available.  We also demand that Downshift Motoring comply with the following **within five (5) days of the date of this notice**:

1. Confirm in writing that all manufacture (domestic and foreign), importation, exportation, advertising, marketing, promotion, distribution, display, solicitation of sales and sales of the Infringing Products has ceased and that Downshift Motoring has ceased and will refrain from any and all future use of the Audi Marks and any marks that are likely to cause confusion with the Audi Marks;

2. Surrender all Infringing Products and ancillary goods in Downshift Motoring's possession, custody or control;

3. Provide us with a complete list of ALL sources of Infringing Products (*i.e.*, name and address of the manufacturer, importer, distributor, and/or retailer);

4. Provide us with a full accounting of all purchases (number of units and price) of the Infringing Products, from the date of the first sale of any of the Infringing Products to present, and ANY and ALL documentation of Downshift Motoring's transaction(s) with Downshift Motoring source(s). This includes, but is not limited to: correspondence/communications received or sent by Downshift Motoring concerning the Infringing Products, agreements between Downshift Motoring and its source(s), and ALL purchase records evidencing such purchases of the Infringing

---

[6] *See*,
https://www.ebay.com/itm/153829678063?fits=Make%3AAudi&_skw=audi&itmmeta=01J8KDRSG7RX0AZP9XS3Z4HADJ&hash=item23d0f69bef:g:HCUAAOSwXYFjhqTl.

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
October 2, 2024
Page 6 of 5

   Products (*i.e.*, order forms, payment records, receipts, invoices, and shipping documents, etc.); and

5. Provide us with a full accounting of all sales (number of units and price) of the Infringing Products, including total dollar amounts and ALL sales and inventory records reflecting the same.

   Audi considers Downshift Motoring's egregious conduct to constitute a serious violation of Audi's rights and to be very damaging to Audi's business, reputation, and the goodwill associated with the Audi Marks. Downshift Motoring's failure to comply with the demands set forth herein will only assure Audi of Downshift Motoring's intention to continue to willfully infringe the Audi Marks. In such a situation, Audi will take any and all actions necessary to enforce its rights to the fullest extent of the law. Accordingly, we thank you for Downshift Motoring's anticipated cooperation and prompt attention to this matter.

   Nothing in this notice shall be construed as a waiver or relinquishment of any rights or remedies possessed by Audi or any other affected party.

Sincerely,

William C. Wright
**EPSTEIN DRANGEL LLP**

*Enclosure.*

Hi! Sign in or register Daily Deals Brand Outlet Gift Cards Help & Contact Take 20% off for fall. Ends 9/30. Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced
Include description

## downshiftmotoring

99% positive feedback 310K items sold 5.2K followers Visit store Contact Save Seller

**Category**
All
- License Plate Frame
- Shift Knob
- Other

**Price**
- Under $14.00
- $14.00 to $19.00
- Over $19.00

$ Min to $ Max

Available inventory
$0 $1500+

**Condition**
- New (185)

see all

**Buying Format**
- All Listings (185)
- Auction
- Buy It Now (185)
- Accepts Offers (14)

**Item Location**
- Default
- Within 25 mi
- US Only
- North America
- Worldwide

**Delivery Options**
- Free Shipping
- Local Pickup within 25 mi

**Show only**
- Free Returns
- Returns Accepted
- Authorized Seller
- Completed Items
- Sold Items
- Deals & Savings
- Authenticity Guarantee

see all

More filters...

audi

173 results for audi Save this search Shipping to 13210

All Auction Buy It Now Condition Delivery Options Sort: Best Match

What are you looking for?
Cars & Trucks Parts & Accessories

X2 Carbon Fiber Metal Car Front Body Trunk Rear Side Lid Emblem Sticker for AUDI
Brand New
**$15.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

For AUDI 3D Carbon Fiber Car Front Body Trunk Rear Side Badge Emblem Sticker X2
Brand New
**$17.07**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

For AUDI 3D Carbon Fiber Car Front Body Trunk Rear Side Lid Badge Emblem Sticker
Brand New
**$13.19**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

1 Set Black Audi Grill Front + Rear A1 A3 A4 S4 A5 S5 A6 S6 SQ7 TT Badge Emblem (For: Audi)
Brand New
**$23.95**
Buy It Now
Free shipping
Free returns
2,372 sold
Top Rated Plus
downshift_motoring (57,865) 99%

X1 For Audi Chrome Grille Front Hood A1 A3 A4 A5 A6 A7 Q3 Q5 Q7 LED Emblem White
Brand New
**$35.28**
Buy It Now
Free shipping
Free returns
702 sold
Top Rated Plus
downshift_motoring (57,865) 99%

2PCS For AUDI Black Carbon Fiber Metal Stainless Steel License Plate Frame New (For: Audi)
Brand New
**$26.99**
Buy It Now
Free shipping
Free returns
252 sold
Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A



1PCS For AUDI Silver Metal Stainless Steel License Plate Frame NEW (For: Audi)
Brand New
**$10.99**
Buy It Now
Free shipping
Free returns
142 sold

☑ Top Rated Plus
downshift_motoring (57,865) 99%



Small 13pcs AUDI SLINE Reflective Decal Sticker Window Vinyl For Car Auto AUDI
Brand New
**$6.85**
Buy It Now
Free shipping
Free returns
74 sold

☑ Top Rated Plus
downshift_motoring (57,865) 99%



For Audi Quattro Car Door Window Laptop Case Vinyl Decal Sticker Small 2pcs Set
Brand New
**$8.98**
Buy It Now
Free shipping

downshift_motoring (57,865) 99%



For Audi Front Rings Grill Grille Hood A3 A4 S4 A5 S5 A6 S6 Badge Emblem Chrome (For: Audi)
Brand New
**$17.55**
Buy It Now
Free shipping
1,369 sold

downshift_motoring (57,865) 99%



2PCS For AUDI Silver Metal Stainless Steel License Plate Frame W/ Cap Screw Set (For: Audi)
Brand New
**$26.99**
Buy It Now
Free shipping
Free returns
92 sold

☑ Top Rated Plus
downshift_motoring (57,865) 99%



New For Audi Rings Chrome Back Rear Trunk A3 A4 S4 A5 S5 A6 S6 SQ7 Badge Emblem
Brand New
**$14.12**
Buy It Now
Free shipping
Free returns
492 sold

☑ Top Rated Plus
downshift_motoring (57,865) 99%



Red QUATTRO Logo Emblem Front Grille Badge For AUDI A3 A5 Q3 Q5 Q7 TT S-line X1 (For: Audi)
Brand New
**$17.38**
Buy It Now
Free shipping
365 sold

downshift_motoring (57,865) 99%



Universal Keychain Metal key Ring Hook Strap Lanyard Nylon for AUDI Brand New
Brand New
**$6.99**
Buy It Now
Free shipping
150+ sold

downshift_motoring (57,865) 99%

EXHIBIT A

EXHIBIT A

Page 3
Audi for sale | eBay
https://www.ebay.com/sch/i.html?_dkr=1&iconV2Request=true&_blrs=recall_filtering&_ssn=downshift_motoring&store_cat=0&store_name=dow...



New For Audi Rings Chrome Grill Front Hood A3 A4 S4 A5 S5 A6 SQ7 TT Badge Emblem (For: Audi)
Brand New
$18.55
Buy It Now
Free shipping
Free returns
898 sold
☑ Top Rated Plus
downshift_motoring (57,865) 99%

For Audi Emblem Key Chain Ring BV Style Calf Leather Gift Decoration Red New
Brand New
$8.72
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

Black QUATTRO Logo Emblem Front Grille Badge For AUDI A3 A5 Q3 Q5 Q7 TT S-line (For: Audi)
Brand New
$17.38
Buy It Now
Free shipping
Free returns
707 sold
☑ Top Rated Plus
downshift_motoring (57,865) 99%

set of Black Carbon Fiber Look Embroidery Seat Belt Cover Shoulder Pads for AUDI
Brand New
$12.99
Buy It Now
Free shipping
Free returns
381 sold
☑ Top Rated Plus
downshift_motoring (57,865) 99%

28CM For Audi White Grill Grille Front Hood A3 A4 A5 A6 A7 Q3 Q5 Q7 LED Emblem
Brand New
$37.48
Buy It Now
Free shipping
Free returns
898 sold
☑ Top Rated Plus
downshift_motoring (57,865) 99%

New Faux Leather Black 15" Diameter Car Steering Wheel Cover For All AUDI Cars (For: Audi)
Brand New
$29.88
Buy It Now
Free shipping
165 sold
downshift_motoring (57,865) 99%

For Audi NEW 4PCS Black Rubber Car Door Scuff Sill Cover Panel Step Protector (For: Audi)
Brand New
$18.30
or Best Offer
Free shipping
453 sold
downshift_motoring (57,865) 99%

SET For Audi Rings Black Front+Rear A3 A4 S4 A5 S5 A6 S6 SQ7 TT Badge Emblem (For: Audi)
Brand New
$24.91
Buy It Now
Free shipping
Free returns
169 sold
☑ Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A



15" Diameter Car Steering Wheel Cover Carbon Synthetic Leather For all AUDI New (For: Audi)
Brand New
**$25.31**
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

2PCS For AUDI Silver Metal Stainless Steel License Plate Frame NEW (For: Audi)
Brand New
**$18.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Red Audi A1 A3 A4 A5 A6 A7 Q3 Q5 Q7 Chrome LED Light Front Grill Emblem Badge
Brand New
**$37.28**
Buy It Now
Free shipping
Free returns
94 sold
Top Rated Plus
downshift_motoring (57,865) 99%

BLUE 28CM For Audi Chrome Grill Front Hood A1 A3 A4 A5 A6 A7 Q3 Q5 LED Emblem x1
Brand New
**$35.28**
Buy It Now
Free shipping
Free returns
83 sold
Top Rated Plus
downshift_motoring (57,865) 99%

Quality Leather Carbon Fiber Style 15" Car Steering Wheel Cover For All AUDI New (For: Audi)
Brand New
**$38.88**
Buy It Now
Free shipping
27 sold
downshift_motoring (57,865) 99%

SC For Audi Matt Black Rings Grill Front Grille Grill Hood Badge Emblem 10.75" (For: Audi)
Brand New
**$18.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

28CM For Audi Chrome Grill Front Hood A3 A4 A5 A6 A7 Q3 Q5 Q7 RED LED Emblem
Brand New
**$36.48**
Buy It Now
Free shipping
Free returns
154 sold
Top Rated Plus
downshift_motoring (57,865) 99%

X2 AUDI Carbon Fiber Look Seat Belt Cover Shoulder Pads for A3 A4 A5 A6 A7 Q5
Brand New
**$12.68**
Buy It Now
Free shipping
Free returns
Last one
88 sold
Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A

For Audi Emblem Key Chain Ring BV Style Calf Leather Gift Decoration Brown New
Brand New
**$9.39**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

1PCS Audi Rear Chrome Rings Trunk A1 A3 A4 S4 A5 S5 A6 S6 SQ7 TT Badge Emblem (For: Audi)
Brand New
**$14.48**
Buy It Now
Free shipping
Free returns
120 sold
Top Rated Plus
downshift_motoring (57,865) 99%

For Audi Blue Border Rubber Car Door Scuff Sill Cover Panel Step Protector 4pcs (For: Audi)
Brand New
**$17.30**
or Best Offer
Free shipping
72 sold
downshift_motoring (57,865) 99%

For AUDI Carbon Fiber Look License Plate Frame ABS X2 New
Brand New
**$18.80**
or Best Offer
Free shipping
58 sold
downshift_motoring (57,865) 99%

For Audi Black Rings ABS Rear Trunk A1 A3 A4 S4 A5 S5 A6 S6 Back Badge Emblem (For: Audi)
Brand New
**$15.08**
Buy It Now
Free shipping
Free returns
54 sold
Top Rated Plus
downshift_motoring (57,865) 99%

X1 For AUDI Carbon Fiber Look License Plate Frame ABS New
Brand New
**$12.86**
or Best Offer
Free shipping
downshift_motoring (57,865) 99%

X1 Glossy Black Audi Back Rear Trunk A1 A3 A4 S4 A5 S5 A6 S6 SQ7 TT Badge Emblem
Brand New
**$14.59**
Buy It Now
Free shipping
Free returns
123 sold
Top Rated Plus
downshift_motoring (57,865) 99%

For Audi Rear Rings A8 S8 Q7 Emblem Boot Sticker Badge Matte Black 215mm x 70mm (For: Audi)
Brand New
**$19.88**
or Best Offer
Free shipping
downshift_motoring (57,865) 99%

EXHIBIT A

EXHIBIT A



Broadway 300mm Wide Flat Interior Clip On Car Truck Rear View Mirror For Audi (For: Audi)
Brand New
**$14.88**
Buy It Now
Free shipping
Free returns
**71 sold**
☑ Top Rated Plus
downshift_motoring (57,865) 99%

SC Audi Rings Grill Front Hood A1 A3 A4 S4 A5 S5 A6 S6 SQ7 TT Black Badge Emblem (For: Audi)
Brand New
**$17.55**
Buy It Now
Free shipping
Free returns
**133 sold**
☑ Top Rated Plus
downshift_motoring (57,865) 99%

For Audi Emblem Key Chain Ring BV Style Calf Leather Gift Decoration Black New
Brand New
**$11.72**
Buy It Now
Free shipping
Free returns
**114 sold**
☑ Top Rated Plus
downshift_motoring (57,865) 99%

4PCS Carbon Fiber Car Door Door Scuff Sill Cover Panel Step Protector For Audi
Brand New
**$12.88 to $13.88**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

For Audi Emblem Key Chain Ring BV Style Calf Leather Gift Decoration Red New
Brand New
**$9.39**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

Set For Audi Rings Front +Rear A3 A4 S4 A5 S5 A6 S6 SQ7 TT Chrome Badge Emblem (For: Audi)
Brand New
**$24.19**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

Black For Audi Rings Front Hood A3 A4 S4 A5 S5 A6 S6 SQ7 TT Badge Emblem (For: Audi)
Brand New
**$17.47**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

Blue QUATTRO Logo Emblem Front Grille Badge For AUDI A3 A5 Q3 Q5 Q7 TT S-line X1 (For: Audi)
Brand New
**$17.38**
Buy It Now
Free shipping
**95 sold**
downshift_motoring (57,865) 99%

EXHIBIT A

EXHIBIT A



Audi Rings Grill Front + Rear Trunk A1 A3 A4 S4 A5 S5 A6 S6 Badge Emblem Chrome (For: Audi)
Brand New
$23.23
Buy It Now
Free shipping
Free returns
69 sold
Top Rated Plus
downshift_motoring (57,865) 99%

Keychain For AUDI Lanyard Quick Release Key chain TDI RS4 RSS R8 A4 Quattro NEW
Brand New
$6.28
Buy It Now
Free shipping
Free returns
258 sold
Top Rated Plus
downshift_motoring (57,865) 99%

For Audi Rings A8 S8 Q7 Matte Black Grille Front + Rear Badge Emblem 2pcs Set (For: Audi)
Brand New
$32.88
or Best Offer
Free shipping
downshift_motoring (57,865) 99%

For Audi Rings Chrome Grill Front Hood A1 A3 A4 S4 A5 S5 A6 S6 SQ7 Badge Emblem (For: Audi)
Brand New
$17.79
Buy It Now
Free shipping
Free returns
106 sold
Top Rated Plus
downshift_motoring (57,865) 99%

For Audi A1 A3 A4 A5 A8 Q3 Q7 A7 TT Mk2 Engine Cover Emblem Logo 4H0103940 Black
Brand New
★★★★☆ 5 product ratings
$28.88
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

For Audi Black Rings Grill Front Grille Grill Hood Badge Emblem (10.75" x 3.66" (For: Audi)
Brand New
$17.36
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Lanyard Keyring Car Neck Strap Key Chains Cellphone for AUDI TDI RS4 RSS R8 A4
Brand New
$6.47
Buy It Now
Free shipping
78 sold
downshift_motoring (57,865) 99%

Silver For Audi Rings Chrome Grill Front Hood A1 A3 A4 S4 A5 S5 A6 S6 SQ7 Emblem (For: Audi)
Brand New
$18.68
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A

EXHIBIT A



X1 New Engine Cover Emblem Logo For Audi A1 A3 A4 A5 A8 Q3 Q7 A7 TT Mk2 2009-
Brand New
$29.99
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

SC For Audi Silver Rings Grill Front Grille Grill Hood Badge Emblem 10.75" X 3.6 (For: Audi)
Brand New
$18.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

(Straight Clip) Audi Rings Chrome Grill Front Grille + Rear Trunk Badge Emblem (For: Audi)
Brand New
$24.19
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

For Audi Emblem Key Chain Ring BV Style Calf Leather Gift Decoration Black New
Brand New
$9.39
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

For Audi Emblem Key Chain Ring BV Style Calf Leather Gift Decoration Brown New
Brand New
$8.72
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Crystal Handle Touch Motion Activated LED Car Gear Shift Knob Shifter for Audi (For: Audi)
Brand New
$58.88
Buy It Now
Free shipping
Free returns
15 watchers
Top Rated Plus
downshift_motoring (57,865) 99%

2PC Audi Glossy Black Grill Front +Rear A1 A3 A4 S4 A5 S5 A6 S6 SQ7 Badge Emblem (For: Audi)
Brand New
$23.79
Buy It Now
Free shipping
Free returns
294 sold
Top Rated Plus
downshift_motoring (57,865) 99%

Matt Black For Audi Rings Grill Front Hood A3 A4 S4 A5 S5 A6 S6 SQ7 TT Emblem X1 (For: Audi)
Brand New
$18.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A

EXHIBIT A



Quality Leather Black 15" Diameter Car Steering Wheel Cover For All AUDI Cars X1 (For: Audi)
Brand New
**$31.99**
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

100% Real Carbon Fiber Ball Manual MT Gear Stick Shifter Shift Knob Universal 4 (For: Audi)
Brand New
**$23.88**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

For Audi Front Rings Grille Hood A3 A4 S4 A5 S5 A6 S6 Badge Emblem Silver (For: Audi)
Brand New
**$18.88**
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

JDM VIP Diamond Crystal Manual Bubble Shift Knob 150mm CLEAR For BMW AUDI (For: Audi)
Brand New
**$19.99**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

SC Audi Rings Grill Front Hood A1 A3 A4 S4 A5 S5 A6 S6 SQ7 TT Matt Black Emblem (For: Audi)
Brand New
**$18.68**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

Gift Decor Keychain Lanyard Quick Release Key chain Leather for Audi A1 A4 Q5 TT
Brand New
**$13.88**
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

X1 Black Engine Cover Emblem Logo For Audi A1 A3 A4 A5 A8 Q3 Q7 A7 TT Mk2 2009-
Brand New
**$29.99**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

Carbon Leather Keychain Lanyard Quick Release Key chain for Audi A1 A4 Q5 Q7 TT
Brand New
**$13.68**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

Captured by FireShot Pro: 24 September 2024, 22:08:06
https://getfireshot.com

EXHIBIT A

EXHIBIT A

Black Keychain Lanyard Quick Release Key chain Leather for Audi A1 A4 Q5 Q7 TT
Brand New
$13.68
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM RECARO Racing Hyper Fabric shift knob Shifter Boot Cover MT/AT Red Stitches (For: Audi)
Brand New
$11.99
Buy It Now
Free shipping
Free returns
Almost gone
863 sold
Top Rated Plus
downshift_motoring (57,865) 99%

For Audi Emblem Key Chain Ring BV Style Calf Leather Gift Decoration Bright Red
Brand New
$10.37
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

JDM VIP Diamond Crystal Manual Bubble Shift Knob 150mm PINK For BMW AUDI (For: Audi)
Brand New
★★★★★ 1 product rating
$19.99
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Octagon Crystal VIP Style Manual Shifter Shift Knob 150mm PURPLE (For: Audi)
Brand New
$19.99
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

100% Real Carbon Fiber Ball Manual MT Gear Stick Shifter Shift Knob Universal 3 (For: Audi)
Brand New
$23.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal VIP Diamond Crystal Manual MT Bubble Drift Shift Knob 60mm Smoke (For: Audi)
Brand New
★★★★★ 1 product rating
$17.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Green Keychain Lanyard Quick Release Key chain Leather for Audi A1 A4 Q5 Q7 TT
Brand New
$13.68
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A



Red Keychain Lanyard Quick Release Key chain Leather for Audi A1 A4 Q5 Q7 TT X1
Brand New
**$13.68**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Octagon Crystal VIP Manual MT Bubble Shifter Shift Knob 150mm BLUE (For: Audi)
Brand New
**$19.99**
Buy It Now
Free shipping
Free returns
62 sold
☑ Top Rated Plus
downshift_motoring (57,865) 99%

Car Interior Edge Gap Line Moulding Trim Molding Strip Auto Decor-16ft/5M Purple (For: Audi)
Brand New
**$12.08**
Buy It Now
Free shipping
Free returns
101 sold
☑ Top Rated Plus
downshift_motoring (57,865) 99%

82MM - Blue Carbon Fiber Car Auto Manual Gear Stick Lever Shift Knob Universal 1 (For: Audi)
Brand New
**$16.99**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

82MM - Gold Carbon Fiber Car Auto Manual Gear Stick Lever Shift Knob Universal 1 (For: Audi)
Brand New
**$16.99**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

82MM -Black Carbon Fiber Car Auto Manual Gear Stick Lever Shift Knob Universal 1 (For: Audi)
Brand New
**$16.99**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

82MM Silver Carbon Fiber Car Auto Manual Gear Stick Lever Shift Knob Universal 1 (For: Audi)
Brand New
**$16.99**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

X1 JDM Red Racing Seat Protector Cover Pure Cotton Seat Dust Boot Bride logo New (For: Audi)
Brand New
**$22.88**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A



Racing Hyper Fabric shift knob Shifter Boot Cover MT/AT JDM Bride Chrome Top X1 (For: Audi)
Brand New
$10.99
Buy It Now
Free shipping
Free returns
75 sold
Top Rated Plus
downshift_motoring (57,865) 99%

82MM - Red Carbon Fiber Car Auto Manual Gear Stick Lever Shift Knob Universal 1 (For: Audi)
Brand New
$16.99
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Universal Carbon Fiber Pattern AP Style Automatic Car Gear Shifter Shift Knob X1 (For: Audi)
Brand New
$21.09
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

SPORTY F1 Style Triangle 12 LED Rear Stop Tail 3rd Brake Light - RED Universal (For: Audi)
Brand New
$9.27
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Bride Racing Hyper Fabric shift knob Shifter Boot Cover MT/AT Red Stitches (For: Audi)
Brand New
$12.79
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Octagon Crystal VIP Style Manual MT Shifter Shift Knob 150mm PINK (For: Audi)
Brand New
$19.99
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Crystal Handle Touch Motion Activated LED Light Auto Car Gear Shift Knob Shifter (For: Audi)
Brand New
$52.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM VIP Diamond Crystal Manual Bubble Shift Knob 150mm TEAL For BMW AUDI (For: Audi)
Brand New
★★☆☆☆ 1 product rating
$19.99
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Captured by FireShot Pro: 24 September 2024, 22:08:06
https://getfireshot.com

EXHIBIT A



Car Interior Edge Gap Line Moulding Trim Molding Strip Auto Decor -32.8ft Purple (For: Audi)
Brand New
**$15.08**
Buy It Now
Free shipping
Free returns
75 sold
🔲 Top Rated Plus
downshift_motoring (57,865) 99%

Car Interior Edge Gap Line Moulding Trim Molding Strip Auto Decor - 32.8 ft Red (For: Audi)
Brand New
**$15.08**
Buy It Now
Free shipping
Free returns
🔲 Top Rated Plus
downshift_motoring (57,865) 99%

Racing Hyper Fabric shift knob Shifter Boot Cover MT/AT Red Stitches JDM Bride (For: Audi)
Brand New
**$12.49**
Buy It Now
Free shipping
Free returns
262 sold
🔲 Top Rated Plus
downshift_motoring (57,865) 99%

Broadway 300mm Flat Blue Tinted Interior Clip On Rear View Mirror For Volkswagen (For: Audi)
Brand New
★★★★★ 2 product ratings
**$13.88**
Buy It Now
Free shipping
Free returns
🔲 Top Rated Plus
downshift_motoring (57,865) 99%

Crystal Handle Touch Motion Activated LED Car Gear Shift Knob Shifter for LEXUS (For: Audi)
Brand New
**$58.88**
Buy It Now
Free shipping
Free returns
🔲 Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Octagon Crystal VIP Style Manual Shifter Shift Knob 150mm PURPLE (For: Audi)
Brand New
**$19.99**
Buy It Now
Free shipping
Free returns
🔲 Top Rated Plus
downshift_motoring (57,865) 99%

1pcs For Audi Matt Black Rings Grill Front Grille Grill Hood Badge Emblem 10.75" (For: Audi)
Brand New
**$18.88**
Buy It Now
Free shipping
Free returns
🔲 Top Rated Plus
downshift_motoring (57,865) 99%

Audi Chrome Grill Grille Front Hood A1 A3 A4 A5 A6 A7 Q3 Q5 Q7 BLUE LED Emblem
Brand New
**$35.28**
Buy It Now
Free shipping
Free returns
228 sold
🔲 Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A



For Audi A1 A3 A4 A5 A8 Q3 Q7 A7 TT Mk2 Engine Cover Emblem Logo 4H0103940
Brand New
★★★★☆ 6 product ratings
**$28.88**
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

For Audi Rings A8 S8 Q7 Matte Black Grille Front + Rear Badge Emblem 2pcs Set (For: Audi)
Brand New
**$32.88**
or Best Offer
Free shipping
downshift_motoring (57,865) 99%

New For Audi Rings Silver Grill Front Hood A3 A4 S4 A5 S5 A6 SQ7 TT Badge Emblem (For: Audi)
Brand New
**$18.55**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal VIP Diamond Crystal Manual MT Bubble Drift Shift Knob 60mm Smoke (For: Audi)
Brand New
★★★★★ 1 product rating
**$17.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Crystal Handle Touch Motion Activated LED Car Gear Shift Knob Shifter for CHEVY (For: Audi)
Brand New
**$58.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

SPORTY F1 Style Triangle 12-LED Rear Stop Tail 3rd Brake Lights Universal (For: Audi)
Brand New
**$9.27**
Buy It Now
Free shipping
Free returns
584 sold
Top Rated Plus
downshift_motoring (57,865) 99%

Car Interior Edge Gap Line Moulding Trim Molding Strip Auto Decor-16ft/5M SILVER (For: Audi)
Brand New
**$12.08**
Buy It Now
Free shipping
Free returns
81 sold
Top Rated Plus
downshift_motoring (57,865) 99%

Car Interior Edge Gap Line Moulding Trim Molding Strip Auto Decor-16ft/5M Yellow (For: Audi)
Brand New
**$13.18**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Captured by FireShot Pro: 24 September 2024, 22:08:06
https://getfireshot.com

EXHIBIT A

EXHIBIT A



N1 Style 4" Burn Tip Stainless Steel Muffler 2.5" Inlet W/ Silencer Universal (For: Audi)
Brand New
$36.88
Buy It Now
Free shipping
Free returns
110 sold
Top Rated Plus
downshift_motoring (57,865) 99%

Car Interior Edge Gap Line Moulding Trim Molding Strip Auto Decor -16ft/5M Blue (For: Audi)
Brand New
$15.08
Buy It Now
Free shipping
Free returns
154 sold
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Octagon Crystal VIP Manual MT Bubble Shifter Shift Knob 150mm BLUE (For: Audi)
Brand New
$19.99
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

New Recaro Racing Hyper Fabric shift knob Shifter Boot Cover MT/AT Red Stitches (For: Audi)
Brand New
$12.38
Buy It Now
Free shipping
Free returns
70 sold
Top Rated Plus
downshift_motoring (57,865) 99%

Racing Hyper Fabric shift knob Shifter Boot Cover MT/AT Red Stitches JDM Bride (For: Audi)
Brand New
$12.63
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Broadway 300mm Flat Blue Tinted Interior Clip On Rear View Mirror For Mitsubishi (For: Audi)
Brand New
$12.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Octagon Crystal VIP Style Manual MT Shifter Shift Knob 150mm CLEAR (For: Audi)
Brand New
$19.99
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Racing Hyper Fabric shift knob Shifter Boot Cover MT/AT Red Stitches JDM Bride (For: Audi)
Brand New
$10.66
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Captured by FireShot Pro: 24 September 2024, 22:08:06
https://getfireshot.com

EXHIBIT A

1PCS JDM Black Racing Seat Protector Cover Cotton Seat Dust Boot for Bride New (For: Audi)
Brand New

**$22.88**
Buy It Now
Free shipping
Free returns

Top Rated Plus
downshift_motoring (57,865) 99%

Car Interior Edge Gap Line Moulding Trim Molding Strip Auto Decor - 32.8 ft Blue (For: Audi)
Brand New

**$15.08**
Buy It Now
Free shipping
Free returns

Top Rated Plus
downshift_motoring (57,865) 99%

Red Stitches JDM Bride Racing Hyper Fabric shift knob Shifter Boot Cover MT/AT (For: Audi)
Brand New

**$12.99**
Buy It Now
Free shipping
Free returns
600 sold

Top Rated Plus
downshift_motoring (57,865) 99%

330mm Vertx EVA Leather 3" Deep Dish Steering Wheel Black Stitch For OMP MOMO NR (For: Audi)
Brand New

**$88.88**
or Best Offer
Free shipping

downshift_motoring (57,865) 99%

JDM Universal Diamond Crystal VIP Style Manual MT Shifter Shift Knob 60MM BLUE (For: Audi)
Brand New

**$17.88**
Buy It Now
Free shipping
Free returns

Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Diamond Crystal VIP Style Manual MT Shifter Shift Knob 60MM CLEAR (For: Audi)
Brand New

**$17.88**
Buy It Now
Free shipping
Free returns

Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal VIP Diamond Crystal Manual MT Bubble Drift Shift Knob 60mm TEAL (For: Audi)
Brand New

**$17.88**
Buy It Now
Free shipping
Free returns

Top Rated Plus
downshift_motoring (57,865) 99%

Racing Hyper Fabric shift knob Shifter Boot Cover MT/AT JDM Bride Chrome Top X1 (For: Audi)
Brand New

**$10.68**
Buy It Now
Free shipping
Free returns

Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A



Broadway 300mm Wide Flat Interior Clip On Car Truck Rear View Mirror For Nissan (For: Audi)
Brand New
★★★★★ 1 product rating
**$14.99**
Buy It Now
Free shipping
Free returns
🔵 Top Rated Plus
downshift_motoring (57,865) 99%

Car Interior Edge Gap Line Moulding Trim Molding Strip Auto Decor - 16ft/5M Red (For: Audi)
Brand New
**$12.08**
Buy It Now
Free shipping
Free returns
🔵 Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Octagon Crystal VIP Style Manual MT Shifter Shift Knob 150mm CLEAR (For: Audi)
Brand New
**$19.99**
Buy It Now
Free shipping
Free returns
🔵 Top Rated Plus
downshift_motoring (57,865) 99%

X1 JDM Red Racing Seat Protector Cover Pure Cotton Seat Dust Boot for Bride New (For: Audi)
Brand New
**$22.88**
Buy It Now
Free shipping
Free returns
🔵 Top Rated Plus
downshift_motoring (57,865) 99%

Universal Broadway 300mm Wide Convex Interior Clip On Car Truck Rear View Mirror (For: Audi)
Brand New
**$13.50**
Buy It Now
Free shipping
Free returns
🔵 Top Rated Plus
downshift_motoring (57,865) 99%

Broadway 300mm Wide Flat Interior Clip On Car Truck Rear View Mirror Universal 1 (For: Audi)
Brand New
★★★★☆ 1 product rating
**$13.99**
Buy It Now
Free shipping
Free returns
🔵 Top Rated Plus
downshift_motoring (57,865) 99%

Car Interior Edge Gap Line Moulding Trim Molding Strip Auto Decor - 32 ft SILVER (For: Audi)
Brand New
**$15.08**
Buy It Now
Free shipping
Free returns
🔵 Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Diamond Crystal VIP Style Manual Shifter Shift Knob 60MM TEAL (For: Audi)
Brand New
**$17.88**
Buy It Now
Free shipping
Free returns
🔵 Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A

EXHIBIT A

Page 18
Audi for sale | eBay
https://www.ebay.com/sch/i.html?_dkr=1&iconV2Request=true&_blrs=recall_filtering&_ssn=downshift_motoring&store_cat=0&store_name=dow...



Broadway Universal 300mm Wide Flat Interior Clip On Car Truck Rear View Mirror (For: Audi)
Brand New
**$13.50**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Car Interior Edge Gap Line Moulding Trim Molding Strip Auto Decor-32.8ft Yellow (For: Audi)
Brand New
**$16.22**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Broadway 270mm Wide Convex Interior Clip Blue Tint Rear View Mirror Universal 1 (For: Audi)
Brand New
**$14.99**
Buy It Now
Free shipping
Free returns
9 watchers
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal VIP Diamond Crystal Manual MT Bubble Drift Shift Knob 60mm BLUE (For: Audi)
Brand New
★★★★★ 1 product rating
**$17.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

330mm Custom Vertx Leather Deep Dish Embroidery Steering Wheel Black Stitches (For: Audi)
Brand New
**$88.88**
or Best Offer
Free shipping
downshift_motoring (57,865) 99%

330mm Custom Vertx Leather Deep Dish Embroidery Steering Wheel Yellow Stitches (For: Audi)
Brand New
**$88.88**
or Best Offer
Free shipping
downshift_motoring (57,865) 99%

Broadway 300mm Convex Interior Clip On Car Truck Rear View Mirror Universal 1 (For: Audi)
Brand New
★★★★★ 427 product ratings
**$12.99**
Buy It Now
Free shipping
Free returns
190 sold
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Green Heart Shaped Steering Wheel, ABS Grip, Pink, Steel, Chrome, 3-Spoke (For: Audi)
Brand New
**$91.88**
or Best Offer
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A

JDM Universal Diamond Crystal VIP Style Manual MT Shifter Shift Knob 60MM BLUE (For: Audi)
Brand New
**$17.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal VIP Diamond Crystal Manual MT Bubble Drift Shift Knob 60mm PINK (For: Audi)
Brand New
**$17.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

330mm Vertx EVA Leather 3" Deep Dish Steering Wheel White Stitch For OMP MOMO NR (For: Audi)
Brand New
**$88.88**
or Best Offer
Free shipping
downshift_motoring (57,865) 99%

JDM Universal Diamond Crystal VIP Style Manual Shifter Shift Knob 60MM PURPLE (For: Audi)
Brand New
**$17.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Bride Aluminum Burnt Blue Universal Gear Shift Knob Shifter Lever Head New 18CM (For: Audi)
Brand New
**$15.99**
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

JDM Universal Octagon Crystal VIP Style Manual MT Shifter Shift Knob 150mm PINK (For: Audi)
Brand New
**$19.99**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

1PCS JDM Black Racing Seat Protector Cover Cotton Seat Dust Boot Bride Logo (For: Audi)
Brand New
**$22.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

330mm Custom Vertx Leather 3" Deep Dish Embroidery Steering Wheel For OMP MOMO (For: Audi)
Brand New
**$88.88**
or Best Offer
Free shipping
downshift_motoring (57,865) 99%

EXHIBIT A

EXHIBIT A



SPORTY F1 Style Triangle 12 LED Rear Stop Tail 3rd Brake Light - RED Universal (For: Audi)
Brand New
**$9.27**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal VIP Diamond Crystal Manual MT Bubble Drift Shift Knob 60mm TEAL (For: Audi)
Brand New
**$17.88**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

JDM VIP Diamond Crystal Manual Bubble Shift Knob 150mm BLUE For Volkswagen (For: Audi)
Brand New
**$19.99**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal VIP Diamond Crystal Manual MT Bubble Drift Shift Knob 60mm PINK (For: Audi)
Brand New
**$17.88**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Diamond Crystal VIP Style Manual MT Shifter Shift Knob 60MM PINK (For: Audi)
Brand New
**$17.88**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

18CM - BRIDE Aluminum Burnt Blue Universal Gear Shift Knob Shifter Lever Head V2 (For: Audi)
Brand New
**$15.99**
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

JDM Universal Diamond Crystal VIP Style Manual MT Shifter Shift Knob 60MM CLEAR (For: Audi)
Brand New
**$17.88**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal VIP Diamond Crystal Manual MT Bubble Drift Shift Knob 60mm Clear (For: Audi)
Brand New
**$17.88**
Buy It Now
Free shipping
Free returns
☑ Top Rated Plus
downshift_motoring (57,865) 99%

EXHIBIT A

13CM - Bride Aluminum Burnt Blue Universal Gear Shift Knob Shifter Lever Head V2 (For: Audi)
Brand New
**$13.99**
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

New JDM Bride Racing Hyper Fabric shift knob Shifter Boot Cover MT/AT Black X1 (For: Audi)
Brand New
**$14.19**
Buy It Now
Free shipping
Free returns
235 sold
Top Rated Plus
downshift_motoring (57,865) 99%

Broadway 300mm Convex Blue Tinted Interior Clip On Rear View Mirror Universal (For: Audi)
Brand New
★★★★☆ 2 product ratings
**$13.50**
Buy It Now
Free shipping
Free returns
59 sold
Top Rated Plus
downshift_motoring (57,865) 99%

GREAT PRICE
JDM Universal VIP Diamond Crystal Manual MT Bubble Drift Shift Knob 60mm Purple (For: Audi)
Brand New
**$17.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Bride Aluminum Burnt Blue Universal Gear Shift Knob Shifter Lever Head New 13CM (For: Audi)
Brand New
**$13.99**
Buy It Now
Free shipping
downshift_motoring (57,865) 99%

JDM Universal Diamond Crystal VIP Style Manual Shifter Shift Knob 60MM Smoked (For: Audi)
Brand New
**$17.88**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

New Universal 300mm Flat Blue Tinted Interior Clip On Rear View Mirror Broadway (For: Audi)
Brand New
**$13.50**
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Purple Heart Shaped Steering Wheel, ABS Grip, Pink, Steel, Chrome, 3-Spoke (For: Audi)
Brand New
**$91.88**
or Best Offer
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal VIP Diamond Crystal Manual MT Bubble Drift Shift Knob 60mm BLUE (For: Audi)
Brand New
★★★★★ 1 product rating
$17.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Diamond Crystal VIP Style Manual Shifter Shift Knob 60MM TEAL (For: Audi)
Brand New
$17.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal VIP Diamond Crystal Manual MT Bubble Drift Shift Knob 60mm Clear (For: Audi)
Brand New
$17.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Diamond Crystal VIP Style Manual Shifter Shift Knob 60MM PURPLE (For: Audi)
Brand New
$17.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Diamond Crystal VIP Style Manual MT Shifter Shift Knob 60MM PINK (For: Audi)
Brand New
$17.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

JDM Universal Diamond Crystal VIP Style Manual Shifter Shift Knob 60MM Smoked (For: Audi)
Brand New
$17.88
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

SPORTY F1 Style Triangle 12-LED Rear Stop Tail 3rd Brake Lights Universal (For: Audi)
Brand New
$9.27
Buy It Now
Free shipping
Free returns
Top Rated Plus
downshift_motoring (57,865) 99%

Tell us what you think

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice