

**EPSTEIN DRANGEL LLP**
60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

January 22, 2025

**VIA ECF ONLY**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Room 1106
New York, NY 10007

Application **GRANTED**. The initial pretrial conference scheduled for February 5, 2025, is adjourned to **April 1, 2025, at 3:30pm**. The materials described at Dkt. 11 shall be filed by **March 25, 2025**.

Dated: January 23, 2025
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Audi AG v. Ego Speed, Inc. et al.*, Civil Action No. 1:24-cv-9492-LGS
      Letter Motion Requesting Adjournment of Initial Pretrial Conference

Dear Judge Schofield:

Our firm represents Plaintiff Audi AG ("Plaintiff") in the above-captioned case, and we are writing, pursuant to Your Honor's Individual Rule B(3), to request a sixty (60) day adjournment of the telephonic initial pretrial conference currently scheduled for February 5, 2025, at 4:20 p.m (i.e., until on or after April 4, 2025, or another date that best suits the Court), and a corresponding extension of the deadline for the paperwork required in anticipation thereof (currently set for January 29, 2025). Plaintiff has actively been attempting to serve all Defendants. Additionally, Plaintiff was recently contacted by a representative of all Defendants, and is currently exploring if an out-of-court resolution can be achieved. Accordingly, an adjournment will permit time for service to be consummated, and for the parties to further discuss an amicable resolution of this dispute, thereby potentially conserving the time and resources of the parties, as well as this Court.

This is Plaintiff's first request for any adjournment. Defendants, through their representative, agree to the instant request, although they have not yet been formally served or entered any appearance. No schedule has been entered in this case, and as such, no other deadlines will be impacted by the proposed adjournment.

We thank the Court for its time and consideration.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: S/ *Kerry B. Brownlee*
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff Audi AG*